### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:20CR175 |
| ) | |
| vs. ) | |
| ) | ORDER |
| PABLO LEYVA, TERIONA FREEMONT, ) | |
| CHRYSTIAN TOWNSLEY, AND BOBBIE ) | |
| GOODTEACHER ) | |
| ) | |
| Defendants. | |

This matter is before the court on the defendant, Pablo Leyva's Unopposed Motion to Continue Trial [118]. Counsel needs additional time to review discovery and consult with the defendant. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [118] is granted, as follows:

1. The jury trial, **for all defendants**, now set for May 10, 2021, is continued to **June 21, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 21, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: April 22, 2021.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**